## First Department, April, 1933.

May D. Harding, Appellant, v. Harry H. Kutner and Others, Defendants, Impleaded with Gening Realty Corporation, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

Nieman-Irving & Company, Inc., Respondent, v. John R. Lazenby, Appellant, Impleaded with William Adams Delano and Another, Respondents.*— Judgment modified by reducing allowance to the defendants, respondents, to the sum of $1,273.44, and as so modified affirmed, with costs to the respondents. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Elizabeth R. Monahan, Respondent, v. Anna F. Kenny and Others, Appellants.†— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of Silas Blake Axtell, an Attorney.— Motion granted. Present — Finch, P. J., Merrell, Sherman and Townley, JJ.

In the Matter of Joseph S. Siegel, an Attorney.— Motion denied and stay vacated. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

In the Matter of the Application of Irwin Kurtz and Another, Comprising the Firm of Kurtz & Ruby, Respondents, Appellants, for an Order Fixing and Determining the Compensation for the Legal Services Rendered by Them to Mathilda Freund Sussman and Others, Appellants, Respondents, Legatees under the Last Will and Testament of Morris Freund, Deceased.— Order affirmed, without costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.; Finch, P. J., and O'Malley, J., dissent and vote to modify by increasing allowance to $6,000.

Max Haber, Respondent, v. Samuel Ungerleider and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Alma Koran, Respondent, v. Arnold Jaccard and Another, Appellants.— Order so far as appealed from reversed, with twenty dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Mary O. Clark, Respondent, v. Sewell T. Tyng, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — McAvoy, Martin, O'Malley and Townley, JJ.

Juliet B. Rublee, Respondent, v. Dorsey Dodd, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Borden's Farm Products Company, Inc., Respondent, v. Arthur J. Knoeller, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of Macombs-Nelson, Inc., Appellant, for a

* Motion to dismiss appeal denied, 262 N. Y. 519; revd., 263 id. 91.
† Motion to dismiss appeal denied, 262 N. Y. 633; affd., —— id. ——; 264 id. ——.

Peremptory Order of Mandamus Directed to ARTHUR J. W. HILLY, Esq., as Corporation Counsel or Chief Law Officer of the City of New York, Respondent, Commanding, Enjoining, etc., to Ascertain Compensation and Recompense Due to Said MACOMBS-NELSON, INC., etc., by Reason of the Closing, Abandonment, etc., of Fulton Street, in the Borough of The Bronx, City of New York, in Front of Petitioner's Property.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of NATIONAL ENGINEERING CORPORATION, Respondent, for an Order Discharging of Record the Alleged Lien Filed by WILLIAM GRAHAM, Appellant.—Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

CHIARELLO STEVEDORING CO., INC., Respondent, v. THE TRAVELERS INSURANCE COMPANY, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

GRACELINE HANDBAGS, INC., Respondent, v. SAMUEL MILLER and Another, Copartners, etc., Defendants, Impleaded with SAMUEL MILLER, Appellant.— Order modified by denying plaintiff's motion for an injunction, and as so modified affirmed, without costs, and without prejudice to an application for an immediate trial. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

LAWYERS MORTGAGE COMPANY, Respondent, v. NINTH AVENUE AND FIFTY-FIFTH STREET CORPORATION and Others, Defendants, Impleaded with THERESA PLOTKIN, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

LAWYERS MORTGAGE COMPANY, Respondent, v. NINTH AVENUE AND FIFTY-FIFTH STREET CORPORATION, Appellant, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JOHN W. NEAL, Appellant, v. NATIONAL CITY BANK OF NEW YORK, Respondent, Impleaded with Another.— Order modified by limiting examination as to items 1, 5 and 6, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE MANHATTAN LIFE INSURANCE COMPANY, Respondent, v. MERRIAM REALTORS, INC., Appellant, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MARY FREEMAN ROBINSON, Respondent, v. SUN TAXI CORPORATION, Appellant.— Order affirmed, without costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

PARAGON CONSTRUCTION CO., INC., Respondent, v. JOROSE CORPORATION and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

NEW AMSTERDAM CASUALTY COMPANY and JOHN E. SHEEHY, Respondents. v.